**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Eleanor Ann HUBER and Carl Huber, Defendants-Appellants.**

**No. 31004**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

June 8, 1971.

Rehearing Denied July 13, 1971.

Dean A. Andrews, Jr., Michael F. Barry, New Orleans, La., for appellants.

Gerald J. Gallinghouse, U. S. Atty., Patrick C. McGinity, Daniel J. Markey, Jr., Asst. U. S. Attys., New Orleans, La., for the United States.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1a]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

